F I L E D
Clerk
District Court

NOV 20 2013

for the Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| MA. ELENA G. PELAYO,<br><br>**Plaintiff,**<br><br>v.<br><br>PACIFIC ENTERTAINMENT GROUP dba Club Chicago and HAYDEN CORPORATION,<br><br>**Defendants.** | Case 1:13-CV-00005<br><br>**ORDER GRANTING STIPULATION DISMISSING ACTION AND RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

The parties have submitted a Stipulated Dismissal With Prejudice (ECF No. 10), on condition that the Court retain jurisdiction over the matter to enforce the terms of their settlement agreement.

In consideration of the parties' joint stipulation, and good cause appearing, it is hereby ORDERED that (1) the action is dismissed in its entirety with prejudice, with each party bearing its own attorney fees and costs; and (2) the Court will retain jurisdiction over enforcement of the settlement agreement pursuant to *Kokkonen v. Guardian Life Ins. Co. of America,* 511 U.S. 375 (1994).

SO ORDERED this 20th day of November, 2013.

_____
RAMONA V. MANGLONA
Chief Judge